Judge Hellerstein

07 CV 5809

134-07/DPM/MAM
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
TRADER SPECIAL MARITIME ENTERPRISES
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Don P. Murnane, Jr (DM 3639)
Manuel A. Molina (MM 1017)

JUN 19 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x   07 CIV.      (    )
TRADER SPECIAL MARITIME ENTERPRISES,
                                                                    **RULE 7.1 STATEMENT**
                        Plaintiff,

        -against-

CALDER SEA CARRIER CORP.,

                        Defendant.

-----------------------------------------------------------------x

    TRADER SPECIAL MARITIME ENTERPRISES, by and through its undersigned

attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil

Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and

that no publicly-held corporation in the United States owns 10% or more of the stock of the

company

Dated:  New York, New York
        June 19, 2007
                                FREEHILL HOGAN & MAHAR, LLP
                                Attorneys for Plaintiff
                                TRADER SPECIAL MARITIME ENTERPRISES

                        By:     _____
                                Don P. Murnane, Jr. (DM 3639)
                                Manuel A. Molina (MM 1017)

NYDOCS1/279753.1