LAW OFFICES OF
## FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900

FACSIMILE (212) 425-1901

E-MAIL: reception@freehill.com

www.freehill.com

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*△
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*◦†
DANIEL J. FITZGERALD*†△
MICHAEL C. ELLIOTT*

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D.C.
◦ ALSO ADMITTED IN LOUISIANA

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE (203) 921-1913
FACSIMILE (203) 358-8377

December 26, 2007

Our Ref: 262-07/PJG/MAM

**BY HAND**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/27/07

The Honorable Alvin K. Hellerstein
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

Re:    Trader Special Maritime Enterprises v. Calder Sea Carrier Corp.
       07-5809 (AKH)

Dear Judge Hellerstein:

    We represent the Plaintiff Trader Special Maritime Enterprises in connection with the above-referenced Rule B maritime attachment action. We respectfully request that Plaintiff be granted a 60-day extension to serve the Summons and Complaint upon Defendant Calder Sea Carrier Corp. ("Calder"). This is Plaintiff's second request, Your Honor having previously granted an extension up to and including December 31, per Memo Endorsed Order dated November 1, 2007. (Exhibit A).

    Since our last request of October 30, 2007, we learned that Defendant Calder Sea Carrier Corp. ("Calder") has commenced its own Rule B action against, *inter alia*, Sinoriches SGL ("Sinoriches") 07-6520 (LAK). (Exhibit B). Calder is prosecuting its claims against Sinoriches in London arbitration proceedings and seeks to secure the sum of $1,950,684 for its claims. (Exhibit B, ¶¶28-41). In fact, we subsequently learned that the Bank of New York has restrained the sum of $568,092 from Sinoriches pursuant to Calder's writ of attachment. On November 16, 2007, we therefore provided Notice of Attachment to NY counsel for both Calder and Sinoriches. (Exhibit C). Calder's counsel immediately responded rejecting the Notice and demanding that we serve the Notice directly to Calder by other channels. (Exhibit D). We therefore sent the Notice directly to Calder via electronic e-mail. (Exhibit E). Sinoriches has not intervened in this action or otherwise moved to challenge the attachment.

*[handwritten:]* Motion to enlarge time to effect service is enlarged as requested to March 16, 2008, provided that Plaintiff takes all steps necessary to make service under the Hague Convention by Jan 31, 2008.
1-27-08
So Ordered. /s/ A.K. Hellerstein

NYDOCS1/295783.1

The Honorable Alvin K. Hellerstein
December 26, 2007
Page 2

Although Calder's counsel has erroneously questioned the validity of placing our client's attachment over the funds Calder has itself seized, Calder has not appeared in this action nor challenged the propriety of that attachment either before Your Honor or Judge Kaplan. It is specious for Calder to maintain that it has no Rule B interest on the Sinoriches' funds, for it is clear that the Bank of New York is presently holding those funds on behalf, and for the benefit of, Calder. Indeed, were Calder to succeed tomorrow in its arbitration proceeding against Sinoriches, it would no doubt petition the Court to have the award confirmed and converted into a Judgment so that it could satisfy that Judgment against the attached funds. *Int'l Oceanway Corp. of Monrovia v. Hyde Park Navigation*, 555 F. Supp. 1047 (S.D.N.Y. 1983) (escrow account set up by third party to secure London arbitration claim brought by Rule B defendant subject to attachment by Rule B plaintiff, as defendant has tangible proprietary interest in account).

In the meantime, and in an effort to avoid the costs of effecting service upon Calder (a company domiciled in Greece) under the Hague Convention, we have sent to Calder a Notice of Lawsuit and Request for Waiver of Service, which Notice was received by Calder on December 24. (Exhibit F). In light of the foregoing considerations, we therefore respectfully request that Your Honor grant the within application and extend Plaintiff's time to effect service of process to March 16, 2008.

We thank the Court for its attention to this matter.

Respectfully submitted,
FREEHILL HOGAN & MAHAR, LLP

Manuel A. Molina