

LAW OFFICES OF

## FREEHILL HOGAN & MAHAR LLP

80 PINE STREET

NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900

FACSIMILE (212) 425-1901

E-MAIL: reception@freehill.com

www.freehill.com

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*†
DON P. MURNANE, JR.
THOMAS M. RUSSO
THOMAS M. CANEVARI*
MICHAEL FERNANDEZ
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*△
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*†
DANIEL J. FITZGERALD*†△
MICHAEL C. ELLIOTT*

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D.C.
* ALSO ADMITTED IN LOUISIANA

March 13, 2008

Our Ref: 134-07/DPM/MAM

*[handwritten: Time is enlarged to May 16, 2008
3.14.08 (signature) ]*

**BY HAND**

The Honorable Alvin K. Hellerstein
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

> Re:  Trader Special Maritime Enterprises v. Calder Sea Carrier Corp.,
> 07-5809 (AKH)

Dear Judge Hellerstein:

We represent the Plaintiff Trader Special Maritime Enterprises in connection with the above-referenced Rule B maritime attachment action. Per its Endorsed Order of December 27, 2007, the Court granted Plaintiff's application to extend the time to effect service upon Defendant to March 16, 2008 provided Plaintiff took all steps necessary to make service via the Hague Convention by January 31, 2008.

As we advised the Court in our letter of January 22, 2008, the Greek Central Authority received, on January 17, 2007, all documentation it requires to effect service upon Defendant under the Hague Convention. To date, we have not received the Certificate of Service from the Greek Central Authority. As a result, we respectfully request that the Court extend the time to effect service upon the Defendant an additional 60 days. In another matter before Judge Stein, we were advised by the Central Authority that service is usually performed within "1-2 months."

We thank the Court for its attention to this matter.

Respectfully submitted,
FREEHILL HOGAN & MAHAR, LLP

Manuel A. Molina