GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.∆
THOMAS M. RUSSO
THOMAS M. CANEVARI †
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*∆
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA°∆
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*°†
DANIEL J. FITZGERALD*†∆
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CONNECTICUT
∆ALSO ADMITTED IN WASHINGTON, D.C.
°ALSO ADMITTED IN LOUISIANA

## LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
### 80 PINE STREET
### NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE: (973) 623-5514
FACSIMILE: (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 358-8377




July 9, 2008

Our Ref: 134-07/DPM/MAM

So Ordered
7-9-08
/s/ AKHellerstein

BY HAND
The Honorable Alvin K. Hellerstein
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

Re:   Trader Special Maritime Enterprises v. Calder Sea Carrier Corp.,
      07-5809 (AKH)

Dear Judge Hellerstein:

We represent the Plaintiff Trader Special Maritime Enterprises in connection with the above-referenced Rule B maritime attachment action. We write to respectfully request a 60-day extension of time to serve the Defendant in Greece.

Per its Endorsed Order of May 19, 2008, the Court granted Plaintiff's application to extend the time to effect service upon Defendant (via the Hague Convention) up to and including July 14, 2008. Although the Greek Central Authority received all documentation it requires to effect service on January 17, 2008, we have not yet received the Certificate of Service from the Greek Central Authority. Upon receipt, we shall file the Certificate with the Clerk of Court.

In light of the foregoing, we respectfully request that the Court grant the within application.

We thank the Court for its attention to this matter.

Respectfully submitted,
FREEHILL HOGAN & MAHAR, LLP

Manuel A. Molina /vs
Manuel A. Molina

NYDOCS1/308242.1